George L. SAWYER, Plaintiff-Appellee, v. MUNSON STEAMSHIP LINE and Edward P. Farley, and Morton L. Fearey, as Trustees of the Assets and Property of the Munson Steamship Line, in Reorganization, Defendants-Appellants.

No. 111.

Circuit Court of Appeals, Second Circuit.

Dec. 3, 1934.

See, also, 7 F. Supp. 193.

Tompkins, Boal & Tompkins, of New York City (Arthur M. Boal, of New York City, of counsel), for appellants.

Gazan & Caldwell, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Judgment affirmed.